**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

No. 12-7056

─────────

HELMAR CHRISTOPHER OLSON,

                    Plaintiff - Appellant,

          v.

BOBBY TAYLOR, Correctional Officer, Mountain View
Correctional Institution; MARL FOSTER, Correctional Officer,
Mountain View Correctional Institution; JAY MOODY,
Correctional Captain, Mountain View Correctional
Institution; MIKE SLAGLE, Asst. Superintendent for Programs,
Mountain View Correctional Institution; MARGIE LAWLER, Asst.
Superintendent for Custody and Operations, Mountain View
Correctional Institution; SUSAN WHITE, Superintendent/
Mountain View Correctional Institution,

                    Defendants - Appellees.

─────────

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Robert J. Conrad,
Jr., Chief District Judge. (1:11-cv-00160-RJC)

─────────

Submitted:  September 11, 2012     Decided:  September 14, 2012

─────────

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Helmar Christopher Olson, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Helmar Christopher Olson appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint, denying his motion to reconsider, and denying his motion to transfer venue. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Olson v. Taylor, No. 1:11-cv-00160-RJC (W.D.N.C. May 24 & June 7, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED